WESLEY McGILL v. STATE.

No. A-1283. Opinion Filed February 3, 1912.

Appeal from Superior Court, Logan County; S. S. Lawrence, Judge.

Wesley McGill was convicted of violating the prohibitory law, and appeals. Affirmed.

Hepburn & Grantham, for plaintiff in error.

Smith C. Matson and E. G. Spilman, Asst. Attys. Gen., for the State.

PER CURIAM. Plaintiff in error was convicted at the April, 1911, term of the superior court of Logan county on a charge of having the unlawful possession of intoxicating liquor with the intent of selling the same, and on the 6th day of May, thereafter, was sentenced by the court to pay a fine of fifty dollars and be confined in the county jail for a period of thirty days. Finding no errors in the record sufficient to justify a reversal of this cause, the judgment of the trial court is affirmed.

JOE HINESLEY v. STATE.

No. A-1281. Opinion Filed February 3, 1912.

Appeal from Harmon County Court; C. W. King, Judge.

Joe Hinesley was convicted of violating the prohibitory law, and appeals. Affirmed.

M. M. McGee, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error was convicted at the April, 1911, term of the county court of Harmon county, on a charge of having the unlawful possession of intoxicating liquor with intent to sell the same, and on the 8th day of May, thereafter, was adjudged to pay a fine of fifty dollars and be confined in the county jail for a period of thirty days. Finding no error in the record prejudicial to the substantial rights of the plaintiff in error, the judgment of the trial court is affirmed for want of prosecution.

JOE ROGERS v. STATE.

No. A-1274. Opinion Filed February 3, 1912.

Appeal from Superior Court, Logan County; S. S. Lawrence, Judge.

Joe Rogers was convicted of violating the prohibitory law, and appeals. Affirmed.

H. C. Olds, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error was convicted in the superior court of Logan county on a charge of unlawfully selling intoxicating liquor, and on the 5th day of May, 1911, was sentenced to pay a fine of fifty dollars and be imprisoned in the county jail for a period of thirty days. Let the judgment of the trial court be affirmed.